JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:20-cr-00263-KJD-BNW |
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS COUNT ONE OF THE CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| vs. | |
| DAVID ROACHE, | |
| Defendant. | |

COMES NOW the United States of America, by and through Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice Count One of the Criminal Indictment filed on September 29, 2020 (ECF 1) as to defendant David Roache in the interests of justice.

DATED this 8th day of December 2022.

Respectfully Submitted,
JASON M. FRIERSON
United States Attorney

MELANEE SMITH

_____

Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:20-cr-00263-KJD-BNW |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER OF DISMISSAL** |
| DAVID ROACHE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice Count One of the indictment against defendant David Roache.

JASON M. FRIERSON
United States Attorney

By ____/s/ *Melanee Smith*____
MELANEE SMITH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal. Dated:  December 12, 2022.

_____
HONORABLE KENT J. DAWSON
United States District Judge